# United States District Court
# Western District of North Carolina
# Division

| James Harrell Brown , | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:16-cv-00160 |
| vs. | ) | |
| Nora Hunt, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 15, 2017 Order.

February 15, 2017

_____
Frank G. Johns, Clerk
United States District Court